| | |
|---|---|
| GREGORY S. GILCHRIST (Cal. Bar No. 111536)<br>RYAN BRICKER (Cal. Bar No. 269100)<br>SOPHY TABANDEH (Cal. Bar No. 287583)<br>KOURTNEY SPEER (Cal. Bar No. 348243)<br>VERSO LAW GROUP LLP<br>565 Commercial Street. 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 534-0495<br>greg.gilchrist@versolaw.com<br>ryan.bricker@versolaw.com<br>sophy.tabandeh@versolaw.com<br>kourtney.speer@versolaw.com | Andrew M Mather (Bar No. 345548)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>andrewmather@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700 |
| *Attorneys for Plaintiff MyOutDesk, LLC* | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYOUTDESK, LLC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOD ASSISTANTS, LLC a Texas limited liability company, MOD ASSISTANTS, LLC a Colorado limited liability company,<br><br>    Defendants. | Case No. 2:25-cv-01942-CKD<br><br>Honorable Carolyn K. Delaney<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1   Pursuant to Civil Local Rule 144, Plaintiff MyOutDesk, LLC ("MyOutDesk") and
2  Defendants MOD Assistants, LLC, a Texas limited liability company, and MOD Assistants, LLC,
3  a Colorado limited liability company (collectively, "Defendants"), by and through their counsel of
4  record, hereby stipulate as follows:
5   WHEREAS, on July 9, 2025, MyOutDesk filed a Complaint against Defendants;
6   WHEREAS, currently, Defendants response to the Complaint is due September 15, 2025;
7   WHEREAS, Defendants recently engaged lead counsel for this matter and will benefit
8  from additional time to respond to the Complaint;
9   WHEREAS, the parties have conferred about, and agreed to, a proposed October 13, 2025
10 extension to the current deadline for Defendants to respond to the Complaint;
11  WHEREAS, by entering into this stipulation, Defendants are not waiving any jurisdictional
12 arguments or arguments as to proper venue;
13  WHEREAS, this is the second request for an extension in this matter; the first extension,
14 for 13 days and pursuant to Local Rule 144(a), was between MyOutDesk and MOD Assistants, a
15 Texas limited liability company, to ensure that its deadline to respond to the Complaint was the
16 same as that for MOD Assistants, a Colorado limited liability company;
17  WHEREAS, the parties agree that good cause exists to modify the schedule for Defendants
18 response to the Complaint and that the extension is not sought for delay or improper purposes;
19  WHEREAS, the parties intend to avail themselves of Civil Local Rule 144(a) to the
20 maximum extent possible to extend Defendants' time to respond to the Complaint, but the parties
21 recognize that, given the prior stipulation, leave of Court may be required to extend the time for
22 MOD Assistants, LLC, a Texas liability company, to respond to the Complaint beyond September
23 30, 2025, and thereby respectfully request a Court order to effectuate the full length of the parties'
24 intended stipulation;
25  NOW THEREFORE, the parties stipulate and agree, and respectfully request the Court
26 order, that Defendants shall have up to and including October 13, 2025 to answer or respond to the
27 Complaint.
28  IT IS SO STIPULATED.

DATED: September 11, 2025                VERSO LAW GROUP LLP


By  /s/ Kourtney Speer (as authorized on 9/11/2025)
    Kourtney Speer
    *Attorneys for Plaintiff*

DATED: September 11, 2025                QUINN EMANUEL URQUHART
                                         & SULLIVAN, LLP


By  /s/ Andrew M. Mather
    Andrew M. Mather
    *Attorneys for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Defendants shall have until October 13, 2025 to answer or respond to the Complaint.

Dated: September 13, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE