UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYOUTDESK, LLC, | No. 2:25-cv-01942-DC-CKD |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA |
| MOD ASSISTANTS, LLC, et al., | |
| Defendants. | (Doc. No. 12) |

On October 8, 2025, the parties filed a joint stipulation requesting that this action be transferred to the United States District Court for the Northern District of California "because of the general proximity of the [Northern] [D]istrict to [Plaintiff's] headquarters, the greater availability of flights for out-of-state witnesses, the [Northern] [D]istrict's familiarity with federal trademark law, and the faster median time to trial in the [Northern] [D]istrict." (Doc. No. 12 at 2.) The parties also stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiff's complaint to twenty-one (21) days after this action is docketed in the Northern District of California. (*Id.*)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. 1404(a). Here, the parties' stipulation shows that all parties have consented to transferring this case to the Northern

1  District of California. (Doc. No. 12 at 3.) Thus, pursuant to the parties' stipulated request to
2  transfer this action, and for the sake of judicial economy and efficiency, and in the interest of
3  justice, the court will transfer this action to the United States District Court for the Northern
4  District of California.

5  Accordingly,

6  1. The time for Defendants to answer or otherwise respond to Plaintiff's complaint is
7  extended to twenty-one (21) days after this action is transferred and docketed in
8  the United States District Court for the Northern District of California;

9  2. The parties' stipulated request to transfer this action to the United States District
10  Court for the Northern District of California (Doc. No. 12) is GRANTED;

11  3. The court hereby TRANSFERS this action to the United States District Court for
12  the Northern District of California;

13  4. The court further orders the Clerk of the Court for the Eastern District of
14  California to forward all filings in this action to the United States District Court for
15  the Northern District of California; and

16  5. The Clerk of the Court for the Eastern District of California shall close this case
17  upon completion of the transfer.

IT IS SO ORDERED.

Dated:  **October 9, 2025**

Dena Coggins
United States District Judge